# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIZABETH OAXACA,<br><br>    Defendant. | CASE NO.:  22-cr-02005-CAB<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING DATE |

Upon joint motion of the parties and good cause shown,

**IT IS HEREBY ORDERED** the joint motion to continue is granted. Ms. Oaxaca's motion hearing/trial setting currently scheduled for March 30, 2023, shall be continued to *May 12, 2023, at 10:30 a.m.*

**IT IS FURTHER ORDERED** that time should be excluded in the interests of justice from March 30, 2023, through May 12, 2023. See 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED:  3/29/2023

**HON. CATHY ANN BENCIVENGO**
United States District Court Judge